Anthony BENITEZ, Plaintiff,

v.

JMC RECYCLING SYSTEMS, LTD., Strip Technology, Inc., Dr. Copper, LLC, J. Doe (A through Z) and R. Roe (A through Z), Defendants.

Civil Action No. 13–2737 (JEI/KMW).

United States District Court, D. New Jersey.

Signed April 10, 2015.

Wilentz Goldman & Spitzer P.A. by: Barry A. Cooke, Esq., Meridian Center I, Eatontown, NJ, for Plaintiff.

Clausen Miller P.C. by: Ruth V. Simon, Esq., Florham Park, NJ, for Defendant JMC Recycling Systems, Ltd.

## ORDER GRANTING DEFENDANT JMC'S MOTION TO DISMISS

### (Docket No. 29)

IRENAS, Senior District Judge:

This matter having appeared before the Court upon Defendant JMC Recycling Systems, Ltd.'s ("JMC") Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 29); the Court having considered the submissions of the parties; for the reasons set forth in the accompanying Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference; and for good cause appearing;

**IT IS** on this 10th day of April, 2015,

**ORDERED THAT:**

(1) Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is hereby **GRANTED.** Plaintiff's claims against JMC, along with Defendants/Cross–Claimants Dr. Copper's and Strip Technology's cross-claims against JMC, are hereby **DISMISSED.**

(2) Defendant JMC's cross-claims against Defendants Strip Technology and Dr. Copper are hereby **DISMISSED.**

(3) Only Counts II, III, IV, V and VI of Plaintiff's Complaint, as related to Strip Technology, shall remain in this case.

(4) The Clerk of the Court is hereby ordered to **TERMINATE JMC AS A PARTY** in this case.